# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WILLIAM KOEPKE, SR.<br><br>v.<br><br>ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY | CIVIL ACTION<br><br>NO. 16-4633 |
|---|---|

## ORDER

And NOW, this 21st of November 2016, for the reasons stated in the foregoing memorandum, upon consideration of Defendant Allstate Vehicle & Property Insurance Company's Motion to Dismiss Plaintiff's Complaint and Motion to Strike (ECF No. 3), and all responses and replies thereto, it is hereby ORDERED that:

1. The Motion to Dismiss is DENIED AS MOOT.
2. The Motion to Strike is GRANTED.
3. Plaintiff is granted leave to amend within fourteen (14) days.

BY THE COURT:

/s/ Michael M. Baylson

_____

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 16\16-4633 Koepke v. Allstate\16cv4633 Order re MTD and Motion to Strike.docx